## STATE OF CONNECTICUT *v.* EDWARD B.

*Gerald E. Bodell*, special public defender, in support of the petition.

*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided November 6, 2002

## INESSA SLOOTSKIN ET AL. *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

*Marc L. Zaken* and *Alison Jacobs Wice*, in support of the petition.

*Raymond P. Pech* and *Joanne V. Yandow*, in opposition.

Decided November 6, 2002

## STATE OF CONNECTICUT *v.* DANNY BEVERLY

*Tara L. Knight*, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided November 6, 2002